IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                                                            Criminal Action No.
                                                            24-00271-01-CR-W-RK

ANTAWN D. DUKE,

      Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND
<u>ACTION TAKEN AT PRETRIAL CONFERENCE</u>**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

                                  Count Two    Felon in Possession of Ammunition, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Brandon Chlarson
            Case Agent:   Special Agent Derek Garth, ATF
        Defense:     Todd Schultz

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:   5 with stipulations; 8 without stipulations
        Defense:   1 additional witness, including Defendant who will testify

**TRIAL EXHIBITS**:
        Government:   50 exhibits
        Defense: no additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                (  ) Possibly for trial
        (  ) Motion to continue to be filed    ( x ) Plea agreement has been worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 2 days
    Defense case: < ½ day

**STIPULATIONS**:
    ( x )   not likely
    (   )   not appropriate
    (   )   likely as to:
          (   )   chain of custody
          (   )   chemist's reports
          (   )   prior felony conviction
          (   )   interstate nexus of firearm
          (   )   other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: January 26, 2026
    Defense: January 26, 2026
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: January 26, 2026
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: January 26, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing February 9, 2026
    **Please note**: *No conflicting settings with trial docket identified.*

**OTHER**:
    (   )   A _____-speaking interpreter is required.
    (   )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge